IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| HART INTERCIVIC, INC., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | C.A. No. 09-678-RBK |
| | ) | |
| v. | ) | |
| | ) | |
| DIEBOLD, INCORPORATED and ELECTION SYSTEMS & SOFTWARE, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Mark D. Gately, Esq. and Lauren S. Colton, Esq., Hogan & Hartson LLP, 111 South Calvert Street, Suite 1600, Baltimore, MD 21202 to represent defendant Election Systems & Software, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

Dated: September 28, 2009
935135

*Attorneys for Defendant*
*Election Systems & Software, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                                                          United States District Judge

# CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 9-28-09

Mark D. Gately
Hogan & Hartson LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21202
mdgately@hhlaw.com
(410) 659-2700

# CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. 1 also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, 1 further certify that the annual fee of $25.00

    ☐ has been paid to the Clerk of the Court; or

    ☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 9/28/09

Lauren S. Colton
Hogan & Hartson LLP
111 South Calvert Street
Suite 1600
Baltimore, MD 21202
lscolton@hhlaw.com
(410) 659-2700

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 28, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Kurt M. Heyman, Esq.
Patricia L. Enerio, Esq.
Proctor Heyman LLP
1116 N. West Street
Wilmington, DE 19801
kheyman@proctorheyman.com
penerio@proctorheyman.com

I hereby certify that on September 28, 2009 I have sent by E-mail the foregoing document to the following non-registered participants:

Jonathan L. Rubin, Esq.
Patton Boggs, LLP
2550 M Street, NW
Washington, DC 20037
jrubin@pattonboggs.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com